IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CLIFTON EVANS,

        Plaintiff,                      JUDGMENT IN A CIVIL CASE

    v.                                      Case No. 12-cv-888-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Clifton Evans attorney fees and costs in the amount of $8,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      s/ A. Wiseman, Deputy Clerk                9/12/2014
      Peter Oppeneer, Clerk of Court                   Date