IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLIFTON R. EVANS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-888-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered awarding counsel for plaintiff Clifton R. Evans a representative fee award in the amount of $19,105 under 42 U.S.C. § 406(b)(1).

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court

2/13/2018
Date